```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
GRETCHEN MOEHRLE
                                   :        CIVIL ACTION
                                   :
        vs.                        :
                                   :        NO. 08-3953
NCO FINANCIAL SYSTEMS, INC.,ET AL
```

O R D E R

**AND NOW, TO WIT:** This 11th day of DECEMBER, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for one year from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**     CARLENE L. JONES/S/
            CARLENE L. JONES
            Deputy Clerk

Civ 2 (7/95)
41.1(b)